# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THOMAS RAY WILSON,
ADC # 161140                                                                                      PLAINTIFF

V.                        CASE NO. 5:16-CV-00071 JM/BD

UNDRAY FIELDS, et al.                                                                  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Wilson's federal due process claims are DISMISSED, with prejudice, and his claims against Defendant Minor are DISMISSED, without prejudice.

IT IS SO ORDERED, this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE