# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THOMAS RAY WILSON,
ADC # 161140                                                                                              PLAINTIFF

V.                          CASE NO. 5:16-CV-00071 JM/BD

UNDRAY FIELDS, et al.                                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Thomas Ray Wilson filed this lawsuit without the assistance of a lawyer and is proceeding *in forma pauperis*. (Docket entry #2) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

Mail sent to Mr. Wilson has been returned to Court, marked undeliverable.  (#9, #15, #16)  As a result, on April 28, 2016, the Court ordered Mr. Wilson to update the docket sheet with his current address within thirty days.  (#11)  In that April 28 Order, the Court specifically cautioned Mr. Wilson that his claims could be dismissed if he failed to notify the Court of his current address. (#11)

To date, Mr. Wilson has failed to comply with the Court's Order and the time for doing so has passed.  Defendant Fields has filed a motion to dismiss for failure to prosecute (#17) based on the fact that Mr. Wilson has not notified the Court of his new address.

### III.   Conclusion:

The Court recommends that Defendant Fields's motion to dismiss (#17) be GRANTED and Mr. Wilson's claims be DISMISSED, without prejudice, based on his failure to prosecute this case and failure to comply with the Court's April 28, 2016 Order.

DATED this 31st day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE