IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS RAY WILSON,
ADC # 161140                                                                    PLAINTIFF

V.                         CASE NO. 5:16-CV-00071 JM/BD

UNDRAY FIELDS, et al.                                                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Wilson's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE